UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
TRINITY INVESTMENTS LIMITED,              :
                   Plaintiff,     :      15 Civ. 2611
                      v.              :
THE REPUBLIC OF ARGENTINA                 :
                  Defendant.     :
---------------------------------- X

**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Having considered Trinity Investments Designated Activity Company's[1] Motion for Partial Summary Judgment against the Republic of Argentina and the entire record in this case, it is **HEREBY ORDERED** that:

1.    Plaintiff's Motion for Partial Summary Judgment is **GRANTED**.

2.    On Counts I, II, and III of the Complaint, the Clerk of the Court is directed to enter **JUDGMENT** for Plaintiff, Trinity Investments Designated Activity Company, against Defendant Republic of Argentina in the form annexed hereto. The following tables contain the necessary identifying information regarding Plaintiff's beneficial interests in these bonds:

---

[1] As discussed in *Plaintiffs' Omnibus Memorandum of Law in Support of Motions for Summary Judgment* [Dkt. No. 71], Plaintiff Trinity Investments Designated Activity Company (formerly known as Trinity Investments Limited) converted to a Designated Activity Company under the Companies Act 2014 on August 6, 2016.

**Table 1**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $8,000,000 |
| CUSIP No., ISIN No., BB No.: | US040114AR16 |
| Date Of Issuance: | January 30, 1997 |
| Date Of Maturity: | January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | March 2015 – April 2015 |
| Acceleration: | Notice sent April 1, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statements from State Street and DTCC dated as of April 17, 2020 |

**Table 2**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $20,000 |
| CUSIP No., ISIN No., BB No.: | US040114BE93 |
| Date Of Issuance: | April 7, 1999 |
| Date Of Maturity: | April 7, 2009 |
| Interest Rate/Payable: | 11.750% |
| Date Of Purchase: | March 2015 – April 2015 |
| Acceleration: | Notice sent April 1, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from DTCC dated as of April 17, 2020 |

Table 3

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $155,000 |
| CUSIP No., ISIN No., BB No.: | US040114FC91 |
| Date Of Issuance: | March 15, 2000 |
| Date Of Maturity: | March 15, 2010 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | March 2015 – April 2015 |
| Acceleration: | Notice sent April 1, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from State Street dated as of April 17, 2020 |

3. Count IV is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: This 7th day of  July , 2020

                                                                    *Loretta A. Preska*
                                                          Hon. Loretta A. Preska
                                                          District Judge